

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY TERRELL and TAMMY ROGERS | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-0440-R |
| | § | (consolidated with No. |
| CITY OF ROWLETT and MSB | § | 3-05-CV-0441-R) |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SIGNED this 13 day of June, 2005.

UNITED STATES DISTRICT JUDGE